UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| DOCINA RENE ESPINO,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　Defendant. | Civil No. C12-0967-RSL-MAT<br><br><br>[~~PROPOSED~~] ORDER FOR EXTENTION OF TIME TO FILE A RESPONSE |

　　Based on Defendant's Motion, it is hereby ORDERED that the Responsive Pleading Date shall be amended as follows:

　　Defendant shall have up to and including December 10, 2012, to file a Response to Platiniff's Complaint.

　　DATED this 13th day of November, 2012.


　　　　　　　　　　　　　　　　　　　_[signature]_
　　　　　　　　　　　　　　　　　　　Mary Alice Theiler
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Page 1　　ORDER - [C12-0967-RSL-MAT]

1
2
3  Presented by:
4  s/ Terrye E. Shea
   TERRYE E. SHEA
5  Special Assistant U.S. Attorney
   Office of the General Counsel
6  Social Security Administration
   701 Fifth Avenue, Suite 2900 M/S 221A
7  Seattle, WA 98104-7075
   Telephone: (206) 615-2143
8  Fax: (206) 615-2531
   terrye.shea@ssa.gov
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23