UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DOCINA RENE ESPINO,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　Defendant. | CASE NO. C12-0967-RSL-MAT<br><br>ORDER OF REMAND |

The parties agree that this matter should be reversed and remanded pursuant to sentence six of 42 U.S.C. § 405(g) for further administrative proceedings. (Dkts. 11 and 12.) It is therefore ORDERED:

(1) The Court adopts the Report and Recommendation;

(2) The Court REVERSES and REMANDS this matter for further administrative proceeding pursuant to sentence six of 42 U.S.C. § 405(g);

(3) On remand, the Commissioner and Appeals Council will expedite the case and have **sixty (60) days** to continue to search for the missing recording and to file an answer in this Court upon location of those records. If the recording cannot be located, the Appeals Council, within that same **sixty-day period**, will remand

ORDER OF REMAND
PAGE -1

the case for a *de novo* hearing to be held within **120 days** of the date of the Appeals Council's remand order;

(4) The Court will retain jurisdiction over the action pending further administrative proceedings. If the outcome of a *de novo* hearing is unfavorable to plaintiff, defendant will move to reinstate the case so that plaintiff need not file a new complaint in order to obtain judicial review; and

(5) The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

DATED this 23rd day of January, 2013.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER OF REMAND
PAGE -2