UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DOCINA RENE ESPINO, ) | |
| ) | CASE NO. C12-0967-RSL |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER OF REMAND |
| MICHAEL ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Having considered defendant's motion to reverse and remand pursuant to sentence four of 42 U.S.C. § 405(g) (Dkt. 18), plaintiff's response (Dkt. 19), the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, it is hereby ORDERED:

(1) The Court adopts the Report and Recommendation;

(2) The Court GRANTS defendant's motion. This case is REVERSED and REMANDED for further administrative proceedings. On remand, the case will be assigned to a different Administrative Law Judge (ALJ), who will hold a *de novo* hearing within 120 days of the date on which judgment is entered; and

(3) The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

ORDER OF REMAND
PAGE -1

01  DATED this 14th day of March, 2014.

02

03

04                                    /s/ Robert S. Lasnik
                                      Robert S. Lasnik
05                                    United States District Judge

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER OF REMAND
PAGE -2